IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDMUND ZAGORSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-01035 |
| ) | |
| BILL HASLAM, et al., ) | JUDGE TRAUGER |
| ) | |
| Defendants ) | |

## ORDER

The petitioner, whose execution is scheduled for tomorrow, October 11, 2018, has filed a Complaint alleging violations of his civil rights pursuant to 28 U.S.C § 1983, along with an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Rule 65 of the Federal Rules of Civil Procedure authorize the issuance of an *ex parte* temporary restraining order only in circumstances that demonstrate irreparable harm to the moving party will occur before the adverse party can be heard. Fed. R. Civ. P. 65(b)(1). Despite the very limited time available in this matter, the court finds that there is time to hear from the defendants, and that it is important to do so. Accordingly, the defendants **MUST** file a response to the plaintiff's motion no later than **3:00 p.m. today**, October 10, 2018.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge