

# THE STATE OF TENNESSEE EXECUTIVE CHAMBER

### REPRIEVE

Pursuant to the authority vested in me by Article III, Section 6, of the Constitution of the State of Tennessee, I, Bill Haslam, Governor of the State of Tennessee, do hereby grant to Edmund George Zagorski a reprieve from execution of the sentence of death imposed upon him by the Robertson County Criminal Court in March 1984, and scheduled to be carried out on October 11, 2018. (*State v. Zagorski*, No. M1996-00110-SC-DPE-DD (Tenn. July 10, 2018)). This reprieve shall continue in effect until October 21, 2018.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville on this 11th day of October, 2018.

_____
GOVERNOR

_____
SECRETARY OF STATE

