

# BILL HASLAM
## GOVERNOR
## STATE OF TENNESSEE

FOR IMMEDIATE RELEASE:                  CONTACT: Jennifer Donnals
Thursday, October 11, 2018                      OFFICE: (615) 741-3763

## HASLAM GRANTS EDMUND ZAGORSKI REPRIEVE FROM EXECUTION

NASHVILLE – Tennessee Gov. Bill Haslam today made the following statement on death row inmate Edmund Zagorski:

"I am granting to Edmund Zagorski a reprieve of 10 days from execution of the sentence of death imposed upon by him by a jury in 1984 which was scheduled to be carried out later today. I take seriously the responsibility imposed upon the Tennessee Department of Correction and me by law, and given the federal court's decision to honor Zagorski's last-minute decision to choose electrocution as the method of execution, this brief reprieve will give all involved the time necessary to carry out the sentence in an orderly and careful manner."

###