
**Department of Correction**

October 22, 2018

Kelley J. Henry
Supervisory Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203

*Hand delivered and via electronic email*

### RE: Edmund Zagorski – Method of Execution Scheduled for November 1, 2018

Ms. Henry:

This letter is to inform you and your client, Mr. Zagorski, that the Tennessee Department of Correction (TDOC) will carry out the execution of Mr. Zagorski's death sentence by electrocution on November 1, 2018, pursuant to the Tennessee Supreme Court's Order dated October 22, 2018, in Case No. M1987-00131-SC-DPE-DD. TDOC will not be relying upon the Capital Punishment Enforcement Act but will carry out Mr. Zagorski's execution based upon his waiver of his right to be executed by lethal injection pursuant to Tennessee Code Annotated § 40-23-114.

Sincerely,

Tony Mays, Warden
Riverbend Maximum Security Institution

Cc via email:  Tony Parker, Tennessee Commissioner of Corrections
Herbert H. Slatery, III, Tennessee Attorney General and Reporter

Department of Correction • Riverbend Maximum Security Institution • 7475 Cockrill Bend Blvd. • Nashville, TN 37243 • Tel: 615-350-3100 • tn.gov/Correction

Case 3:18-cv-01035   Document 12-4   Filed 10/22/18   Page 1 of 1 PageID #: 441