

**STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8147 • FAX (615) 741-9280**

October 15, 2018

Kelley J. Henry
Janet Y. Santana
Office of the Federal Public Defender
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203-3805

Ms. Henry and Ms. Santana:

Enclosed are the responsive documents to your request for certain records related to execution dated September 28, 2018. The cost for these records is $13.00.

As has become your practice, you request records as of the date of your request, as well as the date of my response. In responding to your request, I must obtain records from multiple sources, and necessarily must include a cut-off date in such requests. Accordingly, I will respond as of the date of my initial response to your request. As you are aware, the TPRA does not require that I do more. Enclosed are records pertaining to both lethal injection and electrocution that have not previously been provided to you.

Information identifying an individual or entity as a person or entity who or that has been or may in the future be directly involved in the process of executing a sentence of death, including persons or entities involved in the procurement or provision of chemicals for use in carrying out a sentence of death, is confidential under T.C.A. § 10-7-504(h)(1) and has been redacted.

Sincerely,

Debra K. Inglis
Deputy Commissioner of Administration and General Counsel

# TENNESSEE DEPARTMENT OF CORRECTION
# IN-SERVICE TRAINING COURSE ROSTER

COURSE TITLE: Fleanc (Aking

DATE(S) OF TRAINING: September

TIME(S): ___

TRAINING HOURS: ___

INSTRUCTOR: _Richard Mc. Sr. Int._
Instructor's Institution, Region, Company or Agency

R.M.S.I.

TRAINING LOCATION: ___

| PARTICIPANT NAME (PLEASE PRINT LEGIBLY) | SIGNATURE | FACILITY |
|---|---|---|
| ████████████████████ | ████████████████████ | |

Side 1 of 2
*Duplicate as Needed*

ORIGINAL - TRAINING OFFICER'S FILE
CR-2245 (Rev. 2-07)

RDA 2183

Electric 9/27/18

| PARTICIPANT NAME (PLEASE PRINT LEGIBLY) | FACILITY |
|---|---|
| ██████████████████ | |
| ██████████████████ | |

Side 2 of 2
*Duplicate as Needed*

ORIGINAL - TRAINING OFFICER'S FILE
CR-2245 (Rev. 2-07)

RDA 2183

## DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST

Inmate Name __John Doe__    Inmate # __XXXXXX__

Date __9/27/18__

TIME

| Time | Action |
|---|---|
| 1420 | Report to designated area for final briefing |
| 1420 | Extraction Team report to Death Watch Supervisor for final briefing |
| 1420 | Physician in place |
| 1420 | Medical Examiner in place |
| 1420 | Team Leader in place |
| 1420 | Check blinds and curtains |
| 1422 | Advise Escort Officer to transport Official Witnesses to Parole Room |
| 1425 | Advised by Escort Officer that Official Witnesses are in Parole Room |
| 1431 | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| 1435 | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| 1422 | Warden or designee checks to ensure execution is to proceed |
| 1422 | Extraction Team enters cell and places restraints on condemned inmate |
| 1435 | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| 1440 | Advised by Escort Officer that Official Witnesses are in the vestibule |
| 1430 | Offender is secured in the chair and all restraints are in place |
| 1440 | Advise Escort Officer to "Transport Official Witnesses in place" |
| 1445 | Advised by Escort Officer that "Witnesses are in place" |
| 1450 | Warden checks with Command Center to proceed |

Recorder's Initial ▓▓

DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST (continued)

Inmate Name  John Doe            Inmate # XXXXXX

Date  9-27-18

**TIME**

| Time | Event |
|---|---|
| 1450 | Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms |
| 1451 | Warden asks offender for any last comments |
| 1453 | Warden orders Execution Team to proceed |
| 1453 | Head piece and shroud is placed on the condemned inmate and the electrical cable is connected. |
| 1455 | Warden orders the execution to proceed |
| 1456 | Process is completed |
| 1457 | Blinds and curtains closed and closed circuit TV deactivated |
| 1457 | Physician enters the Execution Chamber |
| 1457 | Physician pronounces death – exact time |
| 1458 | Audio deactivated to witness rooms |
| 1458 | Advise Escort Officers (2) to remove Victim's Witnesses |
| 1458 | Advise Commissioner or designee in Command center that execution is completed |
| 1459 | Physician departs |
| 1502 | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and execution chamber prior to removal of body |
| 1500 | Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint |
| 1500 | Advise Escort Officer to remove Official Witnesses |
| 1505 | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| 1510 | The body is removed from the institution |

Recorder's Initial 

Case 3:18-cv-01035   Document 14-1   Filed 10/23/18   Page 5 of 9 PageID #: 456

## DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST (continued)

Inmate Name __John Doe__  Inmate # __XXXXXX__

Date __9/27/18__

**Offender's Comments if any:**

_____
_____
_____
_____
_____
_____
_____
_____
_____

▉▉▉▉▉▉▉▉▉▉▉order   __9-27-18__
             Date

▉▉▉▉▉▉▉▉▉▉▉   __9/27/2018__
             Date

## DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST

Inmate Name __John Doe__   Inmate # __XXXXX__
Date __9-27-18__

| TIME | |
|---|---|
| 1420 | Report to designated area for final briefing |
| 1420 | Extraction Team report to Death Watch Supervisor for final briefing |
| 1420 | Physician in place |
| 1420 | Medical Examiner in place |
| 1420 | Team Leader in place |
| 1420 | Check blinds and curtains |
| 1422 | Advise Escort Officer to transport Official Witnesses to Parole Room |
| 1425 | Advised by Escort Officer that Official Witnesses are in Parole Room |
| 1431 | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| 1435 | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| 1422 | Warden or designee checks to ensure execution is to proceed |
| 1422 | Extraction Team enters cell and places restraints on condemned inmate |
| 1435 | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| 1440 | Advised by Escort Officer that Official Witnesses are in the vestibule |
| 1430 | Offender is secured in the chair and all restraints are in place |
| 1440 | Advise Escort Officer to "Transport Official Witnesses in place" |
| 1445 | Advised by Escort Officer that "Witnesses are in place" |
| 1450 | Warden checks with Command Center to proceed |

Recorder's Initial 

DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST (continued)

Inmate Name __John Doe__   Inmate # __XXXXXX__
Date __9-27-18__

| TIME | |
|---|---|
| 1450 | Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms |
| 1451 | Warden asks offender for any last comments |
| 1453 | Warden orders Execution Team to proceed |
| 1455 | Head piece and shroud is placed on the condemned inmate and the electrical cable is connected. |
| 1455 | Warden orders the execution to proceed |
| 1456 | Process is completed |
| 1457 | Blinds and curtains closed and closed circuit TV deactivated |
| 1457 | Physician enters the Execution Chamber |
| 1457 | Physician pronounces death – exact time |
| 1458 | Audio deactivated to witness rooms |
| 1458 | Advise Escort Officers (2) to remove Victim's Witnesses |
| 1458 | Advise Commissioner or designee in Command center that execution is completed |
| 1459 | Physician departs |
| 1502 | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and execution chamber prior to removal of body |
| 1500 | Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint |
| 1500 | Advise Escort Officer to remove Official Witnesses |
| 1505 | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| 1510 | The body is removed from the institution |

Recorder's Initial

Case 3:18-cv-01035   Document 14-1   Filed 10/23/18   Page 8 of 9 PageID #: 459

DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST (continued)

Inmate Name **John Doe**  Inmate # **XXXXXX**

Date **9-27-18**

**Offender's Comments if any:**

_____
_____
_____
_____
_____
_____
_____
_____
_____

[redacted]  **9-27-18**
**Electrocution Recorder**  Date

[redacted]  **9/27/2018**
  Date

Rev. June 26, 2014  Page 82

Case 3:18-cv-01035  Document 14-1  Filed 10/23/18  Page 9 of 9 PageID #: 460